FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2007 DEC -7  A 9: 20

| | |
|---|---|
| ATLAS COPCO AB, a Swedish corporation, ATLAS COPCO NORTH AMERICA LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>ATLASCOPCOIRAN.COM, ATLASCASPIAN.COM, ATLASCASPIAN.NET, ATLASCASPIAN.ORG, ATLASCASPIAN.BIZ, ATLASCASPIANIR.COM, ATLASCASPIANIRAN.COM, ATLASCASPIAN.US, ATLASCASPIAN.CC, ATLASCASPIAN.TV, ATLAS-CASPIAN.COM, all Internet domain names,<br><br>    Defendants. | Civil Action No. 1:07cv1208 (GBL/TCB) |

## PLAINTIFFS' MOTION FOR AN ORDER
## TO PUBLISH NOTICE OF ACTION

Plaintiffs Atlas Copco AB and Atlas Copco North America LLC (collectively "Plaintiffs") respectfully move this Court for an Order under 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb) directing that plaintiffs publish notice of this action in *The Washington Times* within 14 days after the entry of the Order. In support of this motion plaintiffs submit the accompanying Memorandum.

ATLAS COPCO AB and<br>
ATLAS COPCO NORTH AMERICA LLC

By:   /s/ Laura N. Begun
Laura N. Begun
laura.begun@troutmansanders.com
Virginia Bar No. 72074
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

OF COUNSEL:

Gregory D. Phillips
Utah Bar Number 4645
Jared L. Cherry
Utah Bar Number 11534
HOWARD, PHILLIPS & ANDERSEN
560 East 200 South, Suite 300
Salt Lake City, UT 84102
Telephone: (801) 366-7471
Facsimile: (801) 366-7706

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2007, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and that a true and correct copy of the foregoing was sent to the following non-filing users by first class mail and electronic mail:

| ATLASCOPCOIRAN.COM | ATLASCASPIAN.COM |
|---|---|
| Reza Ranjkar<br>AtlasCaspian<br>AtlasCaspian<br>AtlasCaspian, AtlasCaspian 14735469<br>Iran<br><br>atlascaspian@gmail.com | ParsaGostar<br>AtlasCaspian<br>No. 4, Delhi<br>Delhi, Delhi 1478526396<br>India<br><br>atlaswide@gmail.com |

| | |
|---|---|
| **ATLASCASPIAN.NET**<br><br>Qazvin Net<br>AtlasCaspian<br>Atlascaspian Building<br>Delhi, Delhi 34185<br>India<br><br>atlaswide@gmail.com | **ATLASCASPIAN.ORG**<br><br>Qazvin Net<br>CaspianITC<br>End Of Padegan St. Hamyari Building. No 10<br>Qazvin, Qa 34185<br>Iran<br><br>info@qazvin.net |
| **ATLASCASPIAN.BIZ**<br><br>Alireza Khodabakhsh<br>CaspianITC<br>End of Padegan St. Hamyari Building. No 10<br>Qazvin, QA  34185<br>Afghanistan<br><br>ranjkar@gmail.com | **ATLASCASPIANIR.COM**<br><br>Atlas Caspian<br>Teh, On 12344<br>Iran<br><br><br><br>lilouser@yahoo.com |
| **ATLASCASPIANIRAN.COM**<br><br>Atlas Caspian<br>Teh, On 12344<br>Iran<br><br><br><br>lilouser@yahoo.com | **ATLASCASPIAN.US**<br><br>Alireza Khodabakhsh<br>CaspianITC<br>End Of Padegan St. Hamyari Building. No 10<br>Qazvin, QA 34185<br>Afghanistan<br><br>info@qazvin.net |
| **ATLASCASPIAN.CC**<br><br>Mohammad Reza Ranjkar<br>Ranjkar Co<br>Tehran<br>Tehran, Tehran 34185<br><br>ranjkar@gmail.com | **ATLASCASPIAN.TV**<br><br>Mohammad Reza Ranjkar<br>Ranjkar Co.<br>Tehran<br>Tehran, Tehran 34185<br><br>ranjkar@gmail.com |
| **ATLAS-CASPIAN.COM**<br><br>AtlasCaspian<br>AtlasCaspian<br>Uniguard Park McKinley Building Bellevue<br>Washington, WA 98007<br><br>AtlasCaspian@gmail.com | |

By: /s/ Laura N. Begun
Laura N. Begun
laura.begun@troutmansanders.com
Virginia Bar No. 72074
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone:  (703) 734-4334
Facsimile:  (703) 734-4340