

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ATLAS COPCO AB and<br>ATLAS COPCO NORTH AMERICA LLC,<br>    Plaintiffs,<br>vs.<br><br>ATLASCOPCOIRAN.COM,<br>ATLASCASPIAN.COM,<br>ATLASCASPIAN.NET,<br>ATLASCASPIAN.ORG,<br>ATLASCASPIAN.BIZ,<br>ATLASCASPIANIR.COM,<br>ATLASCASPIANIRAN.COM,<br>ATLASCASPIAN.US,<br>ATLASCASPIAN.CC,<br>ATLASCASPIAN.TV,<br>ATLAS-CASPIAN.COM,<br>all Internet domain names,<br>    Defendants. | Civil Action No. 1:07cv1208 (GBL/TCB) |

**ORDER TO PUBLISH NOTICE OF ACTION
PURSUANT TO § 1125 (d)(2)(A)(ii)(II)(bb)**

Upon consideration of plaintiffs' Motion for an Order to Publish Notice of Action pursuant to 15 U.S.C. § 1125 (d)(2)(A)(ii)(II)(bb), IT IS HEREBY ORDERED:

    1.    That a copy of this Order be published in *The Washington Times* once within 14 days after the entry of this Order and an affidavit shall be filed on plaintiffs' behalf, no later than within 20 days after the entry of this Order, describing the steps that have been taken to comply with this Order.

    2.    That the domain names listed above are hereby advised:

A. Plaintiffs have charged the domain names in a complaint with a violation of the Anticybersquatting Consumer Protection Act of 1999 (the "ACPA"). A copy of the complaint may be obtained from the plaintiffs' attorney, Laura N. Begun, Troutman Sanders LLP, 1660 International Drive, Suite 600, McLean, Virginia 22102 and whose telephone number is (703) 734-4334.

B. In the event the plaintiffs prevail against the domain names under the ACPA, remedies could include the forfeiture or cancellation of the domain names or the transfer of the domain names to plaintiff Atlas Copco AB in this action.

C. Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within twenty (20) days from the date of publication of this Order in *The Washington Times*. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against the domain names which could include the forfeiture or cancellation of the domain names or the transfer of the domain names to plaintiff Atlas Copco AB.

Entered this 12 day of December 2007.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge